UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN WILLIAM WALLACE,

    Plaintiff,

v.                                         Case No. 8:14-cv-01067-T-27TBM

KOUSAY SAM ASKAR et al.,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 4) of the Magistrate Judge recommending that this case be transferred to the Fort Myers Division. Plaintiff alleges that the events giving rise to this case occurred "in the Naples, Florida area." Naples is located in Collier County, within the Fort Myers Division.

Accordingly, the Report and Recommendation (Dkt. 4) is **APPROVED**. The Clerk is directed to **TRANSFER** this case to the Fort Myers Division, pursuant to Local Rule 1.02(e).

**DONE AND ORDERED** this 27th day of May, 2014.

                                                        JAMES D. WHITTEMORE
                                                        United States District Judge

Copies to:
Counsel of Record